| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Asa Hami (CA Bar No. 210728)<br>asa.hami@gmlaw.com<br>GREENSPOON MARDER LLP<br>a Florida limited liability partnership<br>1875 Century Park East, Ste. 1900<br>Los Angeles, CA 90067<br>Telephone: (213) 626-2311<br>Facsimile: (954) 771-9264<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s), | CHAPTER<br><br>CASE NUMBER |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br><br><br>Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Asa Hami_____, __210728_____, __asa.hami@gmlaw.com_____
          *Name*                               *Bar ID Number*                    *E-Mail Address*

   ❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

---

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

---

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated:_4/26/23_____     _/s/ Asa Hami_____
                                                  Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| **Case Name** | **Case Number** |
|---|---|
| 2:22-ap-01252-BR | Miller, Chapter 7 Trustee v. P.A. ELECTRICAL AND PLUMBING, an unknown business |
| 2:22-ap-01253-BR | Miller, Chapter 7 Trustee v. TRIAL TECHNOLOGIES, INC., a California corporation |
| 2:22-ap-01254-BR | Miller, Chapter 7 Trustee v. APERTURE LEGAL VIDEO, INC., a California corporati |
| 2:22-ap-01255-BR | Miller, Chapter 7 Trustee v. KAINZ CONSTRUCTION, INC., a California corporation |
| 2:22-ap-01256-BR | Miller, Chapter 7 Trustee v. 1645 N. VINE STREET NO. 705, LLC, a California lim |
| 2:22-ap-01257-BR | Miller, Chapter 7 Trustee v. HOCHMAN SALKIN TOSCHER PEREZ P.C., a California co |
| 2:22-ap-01258-BR | Miller, Chapter 7 Trustee v. TMG INTERNATIONAL, INC., a California corporation |
| 2:22-ap-01259-BR | Miller, Chapter 7 Trustee v. CARLOS AGUILAR, an individuall |
| 2:22-ap-01260-BR | Miller, Chapter 7 Trustee v. EDILBERTO RUBI, an individual |
| 2:22-ap-01261-BR | Miller, Chapter 7 Trustee v. V&A CONSTRUCTION, INC., a California corporation |
| 2:22-ap-01262-BR | Miller, Chapter 7 Trustee v. JUAN AREVALO, an individual, dba JA PAVING |
| 2:22-ap-01263-BR | Miller, Chapter 7 Trustee v. OSCAR DE LUIS, an individual |
| 2:22-ap-01264-BR | Miller, Chapter 7 Trustee v. DAWAFI, LLC, a California limited liability compan |
| 2:22-ap-01265-BR | Miller, Chapter 7 Trustee v. HUGO'S PLUMBING & VILCHEZ CONSTRUCTION, INC., |
| 2:22-ap-01266-BR | Miller, Chapter 7 Trustee v. THOMAS LAYTON, an individual et al |