| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev (CA Bar No. 129622)<br> daniel.lev@gmlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br> asa.hami@gmlaw.com<br>**Greenspoon Marder LLP**<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: 213.626.2311<br>Facsimile:  954.771.9264<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Elissa D. Miller, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>GIRARDI KEESE,<br><br>Debtor(s). | CASE NO.: 2:20-bk-21022-BR<br><br>ADVERSARY NO.: 2:22-ap-01253-BR<br><br>CHAPTER: 7 |
|---|---|
| ELISSA D. MILLER, Chapter 7 Trustee,<br><br>Plaintiff(s).<br><br>vs.<br><br>TRIAL TECHNOLOGIES, INC.,<br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(3)]**<br><br>DATE: July 29, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>ADDRESS: 255 E. Temple Street<br>Los Angeles CA 90012 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(3):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No

3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

Plaintiff effectuated service of the summons and complaint on December 29, 2022. Despite being served with the summons and complaint, defendant has not entered an appearance or otherwise responded. Plaintiff is determining whether to seek the entry of a default judgment against defendant, and is requesting that the status conference be continued for 120 days to allow the necessary due diligence and motion practice, if any, to be completed.

B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                              <u>Defendant</u>
   Unknown at this time

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                              <u>Defendant</u>
   See Answer to No. A.5

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                              <u>Defendant</u>
   Unknown at this time

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                              <u>Defendant</u>
   Unknown at this time

C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)*?
   <u>Plaintiff</u>                                              <u>Defendant</u>
   Unknown at this time

2. How many witnesses do you intend to call at trial *(including opposing parties)*?
   <u>Plaintiff</u>                                              <u>Defendant</u>
   Unknown at this time

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| Defendant has not responded to summons and complaint. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
I ☐ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

None at this time.

Respectfully submitted,

Date: July 8, 2025

Greenspoon Marder LLP
Printed name of law firm

*[signature]*
Signature

Daniel A. Lev
Printed name

Attorney for: Plaintiff, Elissa D. Miller

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Asa S Hami**   asa.hami@gmlaw.com, ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com
- **Daniel A Lev**   daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Elissa Miller (TR)**   CA71@ecfcbis.com, MillerTrustee@gmlaw.com;C124@ecfcbis.com;cheryl.caldwell@gmlaw.com;cheryl.caldwell@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 10, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:

Trial Technologies, Inc.
11835 W. Olympic Boulevard, Suite 835E
Los Angeles, California 90064

Trial Technologies, Inc.
c/o Jeff Gold
Registered Agent for Service
11835 W. Olympic Boulevard, Suite 825E
Los Angeles, California 90064

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2025 | Cheryl Caldwell | */s/Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CC 53655057v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**